

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Joshua Lee Carr, Appellant

No. 06-16-00113-CR          v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Red River County, Texas (Tr. Ct. No. CR02446). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment to reflect $150.76 as the amount of restitution. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Joshua Lee Carr, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 27, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk